Mrs. Cecelia REUGGER, Wife of William Gautreaux, Jr., Plaintiff and Appellee, v. ILLINOIS CENTRAL RAILROAD COMPANY, Defendant and Appellant. *

No. 14369.

Court of Appeal of Louisiana. Orleans.
April 10, 1933.

Lemle, Moreno & Lemle, of New Orleans, R. V. Fletcher, of Chicago, Ill., and Charles N. Burch, H. D. Minor, and Clinton H. McKay, all of Memphis, Tenn., for appellant.

James G. Schillin, of New Orleans, for appellee.

JANVIER, Judge.

Mrs. Cecelia Reugger Gautreaux, Jr., was a guest passenger in an automobile truck which ran into the center pier of an overhead trestle of the defendant company near Harahan, La.

In other cases involving this accident, to wit, Frank J. Becker v. Illinois Central Railroad Company (La. App.) 147 So. 378, and Frank J. Abadie v. Texas & New Orleans Railroad Company (La. App.) 147 So. 384, decided this day, we held that defendant railroad was not responsible for the accident and that there could be no recovery.

There is nothing to distinguish this case from the case of Abadie v. Texas & New Orleans Railroad Company except that, in this case, there appears the contention made by plaintiff that defendant has not properly pleaded that it is not the owner of the over-

head crossover and that it was erected by public authorities and has been permitted to remain by such authorities.

In the principal cases to which we have referred and in which this defense was actually presented by the pleadings, we found it unnecessary to consider it, because we held that there was no actionable negligence in any event in defendant. There is therefore nothing to distinguish this case from the others.

In the district court Mrs. Gautreaux was awarded judgment in the sum of $3,000.

For the reasons given in the cases to which we have referred, it is ordered, adjudged, and decreed that the judgment appealed from be, and it is, annulled, avoided, and reversed, and that there now be judgment dismissing plaintiff's suit, at her cost.

Reversed.

For written reasons stated in Frank J. Becker v. Illinois Central R. R. Co. (La. App.) 147 So. 378, decided this day:

WESTERFIELD, J., dissents.

HIGGINS, J., concurs.

William H. GAUTREAUX, Jr., Plaintiff and Appellee, v. ILLINOIS CENTRAL RAILROAD COMPANY, Defendant and Appellant.*

No. 14517.

Court of Appeal of Louisiana. Orleans.
April 10, 1933.

Lemle, Moreno & Lemle, of New Orleans, R. V. Fletcher, of Chicago, Ill., and Charles N. Burch, H. D. Minor, and Clinton H. McKay, all of Memphis, Tenn., for appellant.

James G. Schillin, of New Orleans, for appellee.

JANVIER, Judge.

William H. Gautreaux, Jr., plaintiff, was a guest passenger in an automobile truck which collided with the center supporting pier of an overhead railroad crossing near Harahan, La., and sued to recover from the defendant for the personal injuries arising therefrom.

In the matter of Frank J. Becker v. Illinois Central Railroad Company, 147 So. 378, de-

*Rehearing denied May 22, 1933.

cided by us to-day, we discussed at length the facts of the case and the law applicable thereto, and in the matter of Frank J. Abadie v. Texas & New Orleans Railroad Company, 147 So. 384, also decided this day, we held that whether there was contributory negligence of the persons riding in the automobile truck was of no importance, since there could be no recovery in any event.

In the district court, judgment was rendered herein in plaintiff's favor for $1,250.

For the reasons given in the two cases mentioned, it is ordered, adjudged, and decreed that the judgment appealed from be, and it is, annulled, avoided, and reversed, and that plaintiff's suit be dismissed, at his cost.

Reversed.

For the reasons given in Frank J. Becker v. Illinois Central R. R. Co., 147 So. 378, decided this day:

WESTERFIELD, J., dissents.

HIGGINS, J., concurs.